<strong>UNITED STATES DISTRICT COURT</strong><br>
<strong>For the Northern District of California</strong>

# UNITED STATES DISTRICT COURT
## Northern District of California
### Oakland Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0529 SBA (LB) |
| Plaintiff(s), | **ORDER** |
| v. | |
| NORMAN WIELSCH, | |
| Defendant(s). | |
| _____/ | |

The court received copies of two letters in this case. Scanned copies are being provided by email (with a copy of this order) to assigned counsel for the case, AUSA John Hemann and defense counsel Jyoti Kaur Rekhi. The parties are directed to meet and confer and advise the court by **September 8, 2011** whether the letters should be filed as part of the public record. The court's inclination is that they should be.

**IT IS SO ORDERED.**

Dated: August 31, 2011

_____
LAUREL BEELER
United States Magistrate Judge

C R 11-0529 SBA (LB)