

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*11th Floor, Federal Building*        *(415) 436-7200*
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California 94102-3495*     *FAX:(415) 436-7234*

September 7, 2011

Hon. Laurel Beeler
U.S. Magistrate Judge
1301 Clay Street
Oakland, CA 94612

                Re: *United States v. Wielsch*, CR 11-0529 SBA (LB)

Your Honor:

     This letter confirms that I have met and conferred with Michael Cardoza, counsel for Mr. Wielsch, regarding the letters submitted on his client's behalf. The United States takes no position on whether the letters should be filed as part of the public record. Mr. Cardoza advises that the defense also takes no position on the issue. Thank you.

                Very truly yours,

                MELINDA HAAG
                United States Attorney

                HARTLEY M. K. WEST
                Assistant United States Attorney

cc:    Michael Cardoza, Esq.