FILED
SEP - 9 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

C2-11-cr-00529-SBA

Dear Federal Magistrate Laurel Beeler and Federal Prosecutor John Hemann:

  I know you both are extremely busy but I just wanted to take the time and tell you a little about my dad that you may not know. You may see my father as a criminal, liar, someone who went behind your back, but I see my father as a hard working, passionate, loving, caring person, who has always been there for me and my family and would do anything for us. He would never do anything to hurt or humiliate us and has always been the protector of our family. My dad always used to sit us down and talk to us about making right decisions in life, and not to get involved with the wrong people. He was very protective and hard on us kids growing up. He was a strict parent, and when we got in trouble he would make sure we knew what we did was wrong. He would talk to us about things on the news and different situations of what happened at work to try to teach us what not to do, and to be better people. I would never in my life ever imagine that he would do anything like he did.

  My father and I are really close. He did the most unselfish thing for me which saved my life. He gave me his bone marrow to keep me alive. As the press keeps stating I have many health issues and it's hard to deal with being so young. My dad has always been there helping me through everything and making sure I'm ok. He never missed one doctor's appointment. He always said family comes before work, and whatever he needed to reschedule he would, just to be there for his family. He instilled the same values on his own men on his team.

  I am not in any way shape or form making excuses for my father, because what he did was unacceptable. We are all disappointed that he would allow himself to be overcome by his own stress and issues to do something like this. If you know my father at all, and it seems as though you two gentlemen have both known him for years, you know this is totally out of his character. He served many years as a police officer and the commander of the CNET task force. That was his life. He always wanted to be a police officer, and was a GREAT officer all these years. The one mistake he made was a very large one, but you need to look past that one mistake to see all the good things he did as well. Clearly this mistake had to be caused by a blurred mind, because hopefully you both know, as well as I know, he would NEVER do something like this on a clear mind.

  My dad has been very stressed out the past two years or so. In these past two years, my grandmother passed away, I was diagnosed with two severe health issues, my grandfathers health is deteriorating by the day, and my father has many health issues himself that you should be aware of. All of these health problems are not easy to deal with but he held all of his emotions inside to prove to his family and co workers that he is strong. Ultimately hiding his emotions of these events, plus, many other events, has caused him to lose sight of what is really important, and to view a blurred line of right and wrong and do things he would never ever normally do.

  My father has always been the one person in our family who you could turn to and tell him your problems and he would make them better. I believe one hundred percent that I can say that this goes for his personal and professional life. He specifically took classes on how to read the signs of stress and to be able to pinpoint that in his men. He would talk to them and make sure things were going ok, and be there for them. Yet, no one did the same for my father. Working with the CNET task force for as

many years as he did caused a lot of stress. My father was a very hard worker and takes things personally because he cares about his job. He loved his job and he didn't care how long he had to work, or what the job was, he would do it and did it well. He has worked countless hours and overtime, to serve this community. He has given his life to his job.

    The past couple months I feel as though his stress had gotten worse. He was being pushed to his limits on events happening in his personal life, as well as his professional life, and he couldn't take it anymore. I remember on quite a number of occasions calling him and he would be very short with me and say "I'm busy. Is it important!?" and that was never my father's style. Usually it wouldn't matter what he was doing, he would make time for his family. He has been tired and cranky the past few months, and I noticed this only by seeing him about once a week or so, since I do not live with my parents anymore. He would say he was "too tired, and just wanted to relax" on his weekends off, and seemed to be pushing everyone away. My step mom noticed it as well, and told him to seek mental help, but since he was such a man, he told her no he doesn't need it. I really wish he would have been able to seek help.

    I know what my father did was unacceptable, but he is my father and I love him no matter what. I'm sure you gentlemen would agree with me that family love is unconditional no matter what you do. My father would never in his right mind do something that would end up hurting his family, or cause them pain. This past month my family has suffered a great deal from his mistake, but we are pulling through it. It has been embarrassing and hard to cope with, but this one mistake doesn't prove who he really is. My dad honestly feels so terrible for what he did, and is devastated over who he disappointed. I'm sure he wishes he never did it, and got help sooner. He is now in counseling and seeking help to get back in control of his mental state. I know, and my father reminds us every day that what he did was wrong, and he is beating himself up more than anyone else will.

    I feel that sending my father to jail would not help him, but only make things worse. He learned his lesson. In order to keep progress with his counseling, he needs to be with his family and friends who will give him support. Another big reason is that he already lost his job. He lost the one thing he lived for the past 26 years. He loved his job, and having to give that up was a big devastation. I, along with my family would not be able to manage without him. Just the three days he was in jail before felt like he was there for a life time. My father will do anything to make his mistake right. He wants to speak to the community, so they can learn from his mistakes, and try to help people who might be in similar situations dealing with massive amounts of stress.

    I thank you for taking the time to read this letter. I really hope you gentlemen understand that my father is not a bad person. He is a regular person who made one awful mistake and is already paying for it. I hope you both see that and understand where I am coming from.

Thank you,

*J Wielsch*

Jennifer Wielsch