UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 11/28/11

**TIME IN HEARING: 2 MINUTES**
CR 11-00529SBA                    JUDGE: SAUNDRA BROWN ARMSTRONG

**WIELSCH**
**BUTLER**                         Present (X) Not Present ( ) In Custody ( )
     DEFENDANT(S)

                                   MICHAEL CARDOZA
 HARTLEY WEST                      WILLIAM GAGEN
U.S. ATTORNEY                      ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark          SARAH GOEKLER
                                     Court Reporter

 Interpreter                         Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING: STATUS - HELD**

**RESULT OF HEARING: COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 1/24/12**

**JUDGMENT:**

**PROCEEDINGS**

Case Continued to  1/24/12  for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 10:00 a.m.
Case Continued to_____@11:00 a.m. for_____ Motions
Brief Sched. Motion papers by_____Opposition by_____Reply by_____
Case Continued to_____for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due_____Motions in limine/objections to evidence due_____
Responses to motions in limine and/or responses to objections to evidence due_____
Case Continued to_____for Trial(Court/Jury:____Days/weeks) at 8:30 a.m.
Case Continued to_____for Judgment & Sentencing as to Count(s) _____of the (Indictment/Information) @ 10:00 a.m.
Case Continued to_____for Change of Plea @ 11:00 a.m.
cc: