MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

HARTLEY M. K. WEST (CABN 191609)
Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: hartley.west@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-0529-1 SBA |
| ) | |
|    Plaintiff, ) | STIPULATED REQUEST TO |
| ) | RESCHEDULE TRIAL SETTING FOR |
|    v. ) | JUNE 12, 2012, AND TO EXCLUDE |
| ) | TIME FROM MAY 29 THROUGH JUNE |
| NORMAN WIELSCH, ) | 12, 2012; ORDER |
| ) | |
|    Defendant. ) | |

     The United States, through Assistant U.S. Attorney Hartley West, and defendant Norman Wielsch, through his counsel Michael Cardoza, hereby stipulate to reschedule the trial setting conference from June 5 to June 12, 2012.

     The parties had previously calendared the trial setting conference for May 29, 2012. On May 14, 2012, however, the Court notified the parties that the conference was rescheduled for June 5, 2012. AUSA West is unavailable on June 5 due to trial before the Honorable Charles R. Breyer, *United States v. Acosta*, CR 11-0182 (CRB). The Court has indicated that it is available for trial setting in the above-captioned matter to June 12.

///

STIP. REQUEST TO RESCHEDULE TRIAL SETTING
& TO EXCLUDE TIME; [PROPOSED] ORDER
CR 11-0529-1 SBA

Due to government counsel's unavailability, the parties agree that it is appropriate under the Speedy Trial Act to exclude the time between May 29 and June 12, 2012, for continuity of counsel.

SO STIPULATED.

Date:   May 17, 2012                              MELINDA HAAG
                                                  United States Attorney


                                                  ____/s/_____
                                                  HARTLEY M. K. WEST
                                                  Assistant United States Attorney


Date:   May 17, 2012                              ____/s/_____
                                                  Michael Cardoza
                                                  CARDOZA LAW OFFICES
                                                  Counsel for Defendant Norman Wielsch

## ORDER

The Court hereby orders that the trial setting conference is continued to June 12, 2012. Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between May 29 and June 12, 2012, would unreasonably deny the government continuity of counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between May 29 and June 12, 2012, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time between May 29 and June 12, 2012, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).


DATED:  __5/18/12                                 _____
                                                  HON. SAUNDRA BROWN ARMSTRONG
                                                  United States District Judge