MICHAEL CARDOZA, CA SBN 52264
HOLLY MACKINNON, CA SBN 209408
JYOTI REKHI, CA SBN 234778
CARDOZA LAW OFFICES
1220 Oakland Blvd., Suite 200
Walnut Creek, California 94596
Telephone: (925) 274-2900
Facsimile:  (925) 274-2910

Attorneys for Defendant
Norman Wielsch

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

--ooOoo--

| UNITED STATES OF AMERICA, | ) Case No.: CR 11-00529SBA 01 |
|---|---|
| Plaintiff, | ) AMENDED MOTION AND [PROPOSED] ORDER TO ALLOW DEFENDANT TO TRAVEL OUTSIDE THE NORTHERN DISTRICT OF CALIFORNIA |
| vs. | |
| NORMAN WIELSCH, | |
| Defendant. | |

Defendant Norman Wielsch, through his counsel, Michael Cardoza, moves this court for an order granting permission that Defendant be allowed to travel outside the Northern District of California to the Central District of California.

Defendant specifically requests permission to drive to the Central District of California (Santa Monica, County of Los Angeles) on September 10, 2012, and return on September 12, 2012 for a psychological evaluation.

1

Pre-Trial Services Office has been provided with the Defendant's travel information. Pre-Trial Services Officer Timothy Elder has no objection. In addition, Assistant United States Attorney Hartley West has been informed of the request and has no objection.

Defendant has previously attended all court appearances and is otherwise in good standing with his Pre-Trial Services Officer.

For the reasons stated above, Defendant prays this Court to allow him to travel outside the Northern District of California to the Central District of California (Santa Monica, County of Los Angeles).

DATED: September 7, 2012

_____/s/_____
MICHAEL CARDOZA
Attorney for Norman Wielsch

**FOR THE REASONS SET FORTH ABOVE, IT IS HEREBY ORDERED** that the Defendant Norman Wielsch should be allowed to travel outside the Northern District of California and within the State of California, to the Central District of California (Santa Monica, County of Los Angeles) with permission of United States Pretrial Services. The travel shall begin September 10th, 2012 and end with return to this district on September 12th, 2012.

**IT IS SO ORDERED.**

DATED: 9/10/12

_____
HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Judge