1    MELINDA HAAG (CABN 132612)
     United States Attorney
2
     MIRANDA KANE (CABN 150630)
3    Chief, Criminal Division

4    HARTLEY M. K. WEST (CABN 191609)
     Assistant United States Attorney
5        450 Golden Gate Ave., Box 36055
         San Francisco, California 94102
6        Telephone:  (415) 436-7200
         Fax: (415) 436-7234
7        E-Mail: hartley.west@usdoj.gov

8    Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                         OAKLAND DIVISION
12

13
     UNITED STATES OF AMERICA,        )      No. CR 11-0529-1 SBA
14                                     )
            Plaintiff,                 )      STIPULATION TO CALENDAR
15                                     )      CHANGE OF PLEA OR TO REFER CASE
       v.                              )      TO MAGISTRATE JUDGE WESTMORE
16                                     )      FOR CHANGE OF PLEA;  ORDER
     NORMAN WIELSCH,                   )
17                                     )
            Defendants                 )
18   _____ )

19          The United States, by and through its counsel, Assistant U.S. Attorney Hartley West, and

20   defendant Norman Wielsch, by and through his counsel Michael Cardoza, hereby request and

21   stipulate that this case be calendared for change of plea before the Honorable Saundra Brown

22   Armstrong on Wednesday, December 5, 2012.  The final plea agreement has been approved by

23   the U.S. Attorney's Office today and is submitted to the Court concurrently with the filing of this

24   stipulation.

25          In the event that the Court is not available on December 5, the parties jointly request that

26   the matter be referred to the duty Magistrate Judge, the Honorable Kandis A. Westmore, for a

27   change of plea on Wednesday, December 5, 2012.  *See United States v. Reyna-Tapia*, 328 F.3d

28   1114, 1122 (9th Cir. 2003) ("[D]istrict courts may delegate Federal Rule of Criminal Procedure

STIP. TO CALENDAR CHANGE OF PLEA OR TO REFER CASE
TO MAG. JUDGE FOR CHANGE OF PLEA; [PROPOSED] ORDER
CR 11-0529-1 SBA

11 plea colloquy duties in felony cases to magistrate judges with defendants' consent as part of

the 'additional duties' that magistrate judges may perform pursuant to 28 U.S.C. § 636(b)(3), and

that district courts need not conduct de novo review of Rule 11 plea colloquies in felony cases

conducted by magistrate judges with defendants' consent where no objections are filed.").  The

parties agree that defendant Wielsch shall *not* be sentenced by a Magistrate Judge, but shall

instead be sentenced by this Court.  A Proposed Order is attached, in the event the Court decides

to refer the matter to Judge Westmore.


DATED: November 30, 2012                    Respectfully submitted,

                                            MELINDA HAAG
                                            United States Attorney


                                            _____/s/_____
                                            HARTLEY M. K. WEST
                                            Assistant United States Attorney


                                            _____/s/_____
                                            MICHAEL CARDOZA
                                            The Cardoza Law Offices
                                            Counsel for defendant Norman Wielsch

**ORDER**

Pursuant to the parties' stipulation and consent, and pursuant to its authority under 28 U.S.C. § 636(b)(3), the Court hereby refers the case of *United States v. Christopher Wielsch* (CR 11-0529-1 SBA) to U.S. Magistrate Judge Kandis A. Westmore for change of plea to occur on Wednesday, December 5, 2012, and hereby delegates to Judge Westmore the plea colloquy duties under Federal Rule of Criminal Procedure 11.  The Court does not, however, delegate its sentencing authority; the case shall be sentenced by this Court.

IT IS SO ORDERED.

DATED: 11/30/12

_____
HON. SAUNDRA BROWN ARMSTRONG
U.S. DISTRICT COURT JUDGE