Raymond N. Stella Erlach, SBN 056958
LAW OFFICES OF
RAYMOND N. STELLA ERLACH
275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 788-3322
Facsimile: (415) 788-8613
E-mail: rerlach@rayerlach.com

Attorneys for Defendant Norman E. Wielsch

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 11-00529-1 SBA (KAW) |
| Plaintiff, | |
| v. | STIPULATION FOR ORDER ALLOWING SUBSTITUTION OF COUNSEL FOR DEFENDANT |
| NORMAN WIELSCH, | |
| Defendant. | |

Comes now Norman E. Wielsch, Defendant, and requests the Court order that new counsel, Raymond N. Stella Erlach, be substituted instead of and in the place of current counsel of record, Michael Cardoza.

Dated: 1-2-13

Norman E. Wielsch, Defendant

I am a member of the bar of this honorable court, and I agree to the substitution, appearing generally and for all purposes for Norman E. Wielsch, Defendant.

LAW OFFICES OF
RAYMOND N. STELLA ERLACH

Dated: 1-2-13

Raymond N. Stella Erlach

The address of substituted counsel is:

Raymond N. Stella Erlach, Esq.
Law Offices of Raymond N. Stella Erlach
275 Battery Street, Suite 2600
San Francisco, CA 94111

Telephone: (415) 788-3322
Facsimile: (415) 788-8613
E-mail: rerlach@rayerlach.com

I consent to the order for substitution of counsel.

Dated: 1/4/13

_____
Michael Cardoza

IT IS SO ORDERED.

Dated: 1/8/13

_____
Saundra B. Armstrong
JUDGE

jpX5\Wielsch\substitution.stp