MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

HARTLEY M. K. WEST (CABN 191609)
Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
Fax: (415) 436-7234
   E-Mail: hartley.west@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-0529-1 SBA |
| )<br>Plaintiff, ) | STIPULATION TO RESCHEDULE |
| ) | SENTENCING; ORDER |
| v. ) | |
| ) | |
| NORMAN WIELSCH, ) | |
| ) | |
| Defendant. ) | |

     On December 5, 2012, defendant Norman Wielsch pleaded guilty in the above-captioned case before U.S. Magistrate Judge Kandis A. Westmore, as referred by the Honorable Saundra Brown Armstrong. Clerk's Record (CR) 83, 84. The Court scheduled sentencing for February 19, 2013. Cr. 84.

     On December 20, 2012, defense counsel Michael Cardoza filed a Stipulation and Proposed Order to continue the sentencing to March 26, 2013, for the purpose of allowing the defense time to obtain a psychological and mental report for consideration in Mr. Wielsch's sentencing. CR 90. On January 4, 2013, the Court moved the sentencing up from February 19 to February 7, 2013. On January 8, 2013, Wielsch terminated his representation by Mr. Cardoza and substituted attorney Raymond Erlach as his counsel. CR 92.

STIP. TO RESCHEDULE SENTENCING;
[PROPOSED] ORDER
CR 11-0529-1 SBA

Mr. Erlach is now getting up to speed on Mr. Wielsch's case in order to effectively represent his client at sentencing. The Probation Office has not had an opportunity to interview Mr. Wielsch to prepare a presentence report. Mr. Erlach would like such an interview to occur.

Accordingly, having consulted with Probation Officer Jessica Goldsberry, counsel for the defendant and the government hereby stipulate that it is in the interests of justice to continue Mr. Wielsch's sentencing at least eight weeks. The parties are available the weeks of March 25, April 1, and April 15, and ask that this Court schedule the sentencing during one of those weeks.

SO STIPULATED.

Date:   January 23, 2013                                  MELINDA HAAG
                                                          United States Attorney


                                                          _____/s/_____
                                                          HARTLEY M. K. WEST
                                                          Assistant United States Attorney


Date:   January 23, 2013                                  _____/s/_____
                                                          RAYMOND N. S. ERLACH
                                                          Counsel for Defendant Norman Wielsch


                                    ORDER

For the reasons stated above, this Court continues the sentencing of defendant Norman Wielsch from February 7, 2013, to April 2, 2013, at 10:00 a.m.


DATED: _1/25/13                                           _____
                                                          HON. SAUNDRA BROWN ARMSTRONG
                                                          United States District Judge

STIP. TO RESCHEDULE SENTENCING;
[PROPOSED] ORDER
CR 11-0529-1 SBA                         2