# INDEX OF EXHIBITS

**Exhibit 1:** Report of Roger Freed, M.D., Board-Certified Psychiatrist.

**Exhibit 2:** Curriculum Vitae of Roger Freed, M.D.

**Exhibit 3:** Report of Sheila Balkan, Ph.D., Criminologist.

**Exhibit 4:** Profile of Sheila Balkan, Ph.D.

**Exhibit 5:** Psychological Assessment by Jeffrey Whiting, Ph.D., Clinical and Forensic Psychologist.

**Exhibit 6:** Letter from Joel Fay, Ph.D., Norman Wielsch's Treating Psychologist.

**Exhibit 7:** Letter from Jonathan S. Katz, M.D., Specialist in Neuromuscular Diseases and Director of the Neuromuscular Clinic at the Forbes Norris Center in San Francisco, Regarding Norman Wielsch's Charcot-Marie-Tooth Disease.

**Exhibit 8:** Assessment and Declaration of Phillip S. Wise, Retired Assistant Director of the Bureau of Prisons, Overseeing Health Care, and Former Warden of the Federal Medical Center, Rochester, and Declaration of Medical Classification Levels of Care Criteria by Phillip S. Wise.

**Exhibit 9:** Attachments to Assessment of Phillip S. Wise:

> Resume for Phillip S. Wise;
> Medical Classification Levels of Care Criteria;
> Structure of Health Care in the Bureau of Prisons;
> Requirements for Non-formulary Consideration.

**Exhibit 10:** Letter from Major Jackie Smith, Corps Officer, The Salvation Army.

**Exhibit 11:** Letter from Maria Rubio, Office Manager, The Salvation Army.

**Exhibit 12:** Letter from Lieutenant Alexander Williams, Corps Officer, The Salvation Army.

**Exhibit 13:** Letter from Eleanor Bonner, Manager, Volunteer Services, Loaves and Fishes.

**Exhibit 14:** Letter from Senior Pastor Jeff Kenney, New Hope International Church.

# INDEX OF EXHIBITS (Continued)

**Exhibit 15:**   Letters from Law Enforcement:

    Letter from Barry Delavan (Retired), Antioch Police Department;
    Letter from Frank Aquila, Contra Costa County Probation Counselor.

**Exhibit 16:**   Letters from Friends:

    Letter from Alexandra Katharina Blaschke;
    Letter from Jacqueline Gonsalves;
    Letter from Misty Bullock;
    Letter from Samantha Miles;
    Letter from Sharon Fox;
    Letter from Brian S. Watson;
    Letter from Dave and Shannon Whitcomb.

**Exhibit 17:**   Letters from Family:

    Letter from Ernest Wielsch;
    Letter from Diane Wesenhagen Wielsch;
    Letter from Lisa Johnson;
    Letter from Jennifer Wielsch;
    Letter from Kristina Wielsch;
    Letter from Kristopher Wesenhagen;
    Letter from Colby Wesenhagen;
    Letter from Jenna Wesenhagen;
    Letter from R.J. Fuentes;
    Letter from Brandon Dow;
    Letter from Alvin and Bernice Cardoza;
    Letter from Wiltrud Berges and Michaela Atkins.

**Exhibit 18:**   Certificates of Appreciation and Letters of Commendation Regarding Norman Wielsch's Work as a Law Enforcement Officer.

**Exhibit 19:**   Norman Wielsch's Department of Justice Daily Journal Timeline.

jpX5\W\indexsentencing