Raymond N. Stella Erlach, SBN 056958
LAW OFFICES OF
RAYMOND N. STELLA ERLACH
275 Battery Street, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 788-3322
Facsimile:  (415) 788-8613
E-mail:  rerlach@rayerlach.com

Attorneys for Defendant Norman E. Wielsch

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NORMAN WIELSCH,<br><br>Defendant. | Case No. CR 11-00529-1 SBA (KAW)<br><br>DEFENDANT'S APOLOGY<br><br>Date:  May 20, 2013<br>Time:  1:00 p.m.<br>Department:<br>The Honorable Saundra Brown Armstrong |

THIS IS A TYPEWRITTEN COPY OF DEFENDANT'S HANDWRITTEN APOLOGY,

WHICH IS ATTACHED HERETO

Dear Honorable Judge Armstrong:

      I, Norman Wielsch, again apologize.  Words are inadequate to describe how terribly sorry I am for what I did or my shame for my participation in each crime.  I took the drugs.  I helped sell them.  I took money and property from prostitutes.  I denied civil rights.  For all of it, I am very sorry.

      I cannot explain why I did these things, but I did in fact commit each of these crimes.  None of my conduct makes any sense to me.  I had dedicated almost half my life to fighting what I have done.  I have since learned through therapy that these years of law enforcement and all the critical incidents had taken a severe toll on my psyche.  The PTSD coupled with the depression from

my debilitating nerve and muscle disease caused a self-destructive downward spiral. It grieves me terribly that I did these things. I blame only myself for all of it.

I also again apologize to the law enforcement community as well as the citizens of the state of California for failing the public trust in me as an officer.

After my long career, I am horrified to the point of crying by what I did, and I do cry every day. I am truly sorry for what I did.

I do not ask to be excused, but in my sorrow, I only ask and pray for fairness and for mercy.

Thank you.

           /s/
Norman E. Wielsch

jpX5\Wielsch\apology1

Dear Honorable Judge Armstrong:

I, Norman Wielsch, again apologize. Words are inadequate to describe how terribly sorry I am for what I did or my shame for my participation in each crime. I took the drugs. I helped sell them. I took money and property from prostitutes. I denied civil rights. For all of it, I am very sorry.

I cannot explain why I did these things, but I did in fact commit each of these crimes. None of my conduct makes any sense to me. I had dedicated almost half my life to fighting what I have done. I have since learned through therapy, that these years of law enforcement and all the critical incidents had taken a severe toll on my psyche. The PTSD coupled with the depression from my debilitating nerve and muscle disease caused a self destructive downward spiral. It grieves me terribly that I did these things. I blame only myself for all of it.

I also again apologize to the law enforcement community as well as the citizens of the state of California for

page 1 of 2

FAILING THE PUBLIC TRUST IN ME AS AN OFFICER.

AFTER MY LONG CAREER, I AM HORRIFIED TO THE POINT OF CRYING BY WHAT I DID, AND I DO CRY EVERYDAY. I AM TRULY SORRY FOR WHAT I DID.

I DO NOT ASK TO BE EXCUSED, BUT IN MY SORROW, I ONLY ASK AND PRAY FOR FAIRNESS AND FOR MERCY.

THANK YOU

NORM WIELSCH

Case No. 11-00529-1 SBA (KAW)

**PROOF OF SERVICE BY MAIL**

I, the undersigned, say:

I am a resident of the State of California and not a party to the within action; my business address is the Law Offices of Raymond N. Stella Erlach, 275 Battery Street, Suite 2600, San Francisco, California 94111. May 7, 2013, I served the within:

**DEFENDANT'S APOLOGY**

on the interested parties in said action by placing a true copy thereof enclosed in a sealed envelope

    **Melinda Haag, Esq., United States Attorney**
    **Miranda Kane, Esq., Chief, Criminal Division**
    **Hartley M. K. West, Esq., Assistant United States Attorney**
    **450 Golden Gate Avenue, Box 36055**
    **San Francisco, CA  94102**

    **Ms. Jessica A. Goldsberry, U.S. Probation Officer**
    **United States Probation Office**
    **Northern District of California**
    **1301 Clay Street**
    **Oakland, CA  94612**

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  May 7, 2013                  _____
                                                   Jaime Sheridan

jsX5\Wielsch\proof2.ml